IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KHAN, | No. CIV S-07-0290-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's response to order to show cause (Doc. 14) and the parties' stipulation extending plaintiff's time to respond to defendant's answer (Doc. 13).

On August 24, 2007 the court issued an order directing plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court orders and rule. Plaintiff filed a response on August 31, 2007 indicating that due to an error in plaintiff's attorney's office, the administrative transcript was misplaced and therefore a calendaring error occurred. Plaintiff has obtained defendant's stipulation to an extension of time

1

for plaintiff to respond to defendant's answer.  This extension of time will be granted, and the order to show cause will be discharged.

        Accordingly, good cause appearing, IT IS ORDERED that:

        1.     The order to show cause issued on August 24, 2007 (Doc. 12) is discharged; and

        2.     Plaintiff shall file a response to defendant's answer on or before October 30, 2007.

DATED:  September 4, 2007.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE