1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11                              **SACRAMENTO DIVISION**

13  AMIR KHAN,                )
                              )   CIVIL NO. 2:07-CV-00290 CMK
14          Plaintiff,        )
                              )
15          v.                )   STIPULATION AND ORDER FOR
                              )   EXTENSION OF TIME
16  MICHAEL J. ASTRUE,        )
    Commissioner of           )
17  Social Security,          )
                              )
18          Defendant.        )
    _____)

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is December 7, 2007. The new due date will be January 22, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 27, 2007

/s/ Ann M. Cerney
(As authorized via email and facsimile)
ANN M. CERNEY
Attorney for Plaintiff

Dated: November 27, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jacqueline A. Forslund
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: November 29, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time