**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIR KHAN, | No. CIV S-07-0290-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's stipulated motion for an extension of time (Doc. 22), filed on January 25, 2008.

       On March 5, 2007, the court issued a scheduling order which allowed plaintiff 20 days to file a reply brief to defendant's cross-summary judgment. The court's records reflect that the cross-motion for summary judgment was served on December 31, 2007. Plaintiff now seeks an extension of time to February 21, 2008, to file a reply brief. Defendant does not oppose the request. Good cause appearing therefor, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 22) is granted; and
2. Plaintiff may file a reply brief on or before February 21, 2008.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE