```
ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| AMIR KHAN, | CASE NO. 2:07-CV-00290-CMK |
| Plaintiff, | **ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

### ORDER

Plaintiff's Counsel as the plaintiff's assignee is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,100.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED..

DATED: September 15, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

1
STIPULATION AND [PROPOSED] ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)